**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6761

ROBERT JAMES MILLER, JR.,

Plaintiff – Appellant,

v.

RILEY MAXWELL, Assistant Solicitor; JEFF TALBERT; MAGGIE
BOYD; BILL DOVE; JEFF WESTFALL, Investigators for the
Fairfield County Sheriff's Office, each in their individual
capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.  (3:14-cv-00340-JFA)

Submitted:  September 23, 2014       Decided:  October 2, 2014

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert James Miller, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Miller, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miller v. Maxwell, No. 3:14-cv-00340-JFA (D.S.C. May 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED